# In The United States Court of Federal Claims

## Form 2
## Cover Sheet

**26-1184 C**

Plaintiff(s) or Petitioner(s)

Names: Attached

Location of Plaintiff(s)/Petitioner(s) (city/state): Attached

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Daniel F. Jacobson
Firm Name: Jacobson Lawyers Group PLLC

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 5100 Wisconsin Ave., N.W.
City-State-ZIP: Washington, DC 20016
Telephone Number: (301) 823-1148
E-mail Address: dan@jacobsonlawyersgroup.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

---

Nature of Suit Code: 114
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: STA
Number of Claims Involved: 67

Amount Claimed: $ 100,000,000 (estimate)
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ ______
Is plaintiff a small business? ☐ Yes ☐ No
Was this action proceeded by the filing of a protest before the GAO? ☐ Yes ☐ No Solicitation No. ______
If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: ______

Takings Case:
Specify Location of Property (city/state): ______

Vaccine Case:
Date of Vaccination: ______

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2. ☐ Yes ☑ No

# ATTACHMENT

## Names and Locations of Plaintiffs

1. Cloudburst Consulting Group, Inc.; Landover, Maryland
2. Bixal Solutions, Inc.; Fairfax, Virginia
3. Khulisa Management Services, Inc.; Bethesda, Maryland
4. LINC LLC; Washington, District of Columbia
5. Making Cents International; Washington, District of Columbia
6. NUMARK Associates, Inc.; Bethesda, Maryland
7. Panagora Group Inc.; Bethesda, Maryland
8. SSG-Advisors, LLC; Burlington, Vermont