# In the United States Court of Federal Claims

Case No.: 1:26-cv-01184-ZNS

CLOUDBURST CONSULTING GROUP, INC., et al. [1]

v.

NOTICE OF ECF DESIGNATION

THE UNITED STATES [2]

Pursuant to Appendix E of the Rules of the United States Court of Federal Claims, this case is designated an ECF case in which all filings in the case are made via the court's online system for electronic case filing (ECF System). To file documents and to receive service in the ECF System, attorneys of record must have an ECF account. An ECF account login and password will be issued to an attorney who is a member of the United States Court of Federal Claims bar and to a pro se litigant only if allowed or required by court order. Information about the ECF System, including the online registration form and ECF filing tips, is available on the court's website at **https://www.cfc.uscourts.gov/cmecf-resources**.

All filings in this case must be made via the ECF System, except by leave of the court in exceptional circumstances, and must be in Portable Document Format (PDF).

Service of filings made on the public docket is complete upon the filing of a document via the ECF System and will be effected by electronic notice only to those counsel with an ECF account. To receive service of public documents filed via the ECF System, counsel must immediately obtain an ECF account if they do not have one already. The Clerk's Office will effect service of court-issued documents outside the ECF System for thirty (30) days from the date of this notice if counsel has not yet obtained an ECF account. All court-issued public documents not served via the ECF System after that date will be the responsibility of counsel to obtain through the use of a PACER account. Counsel are responsible for monitoring their e-mail accounts and upon receipt of a notice of electronic filing, for retrieving the order or document via the ECF System. Certificates of service for public documents filed via the ECF System are not necessary unless the document is also served outside the ECF System.

---

[1] If the complaint in this action, as originally received in the Clerk's Office, named as a plaintiff a minor, an incompetent person, or a deceased person, the case caption has been modified to identify as plaintiff(s) the representative(s) filing on behalf of the minor, incompetent person, or deceased person.

[2] If the complaint in this action, as originally received in the Clerk's Office, named as the defendant(s) a party (parties) other than the United States, the case caption has been modified to identify the United States as the sole defendant. This modification has been made to conform the caption to the Rules of the United States Court of Federal Claims, which make clear that in this court only the United States can be named as the party defendant. *See* RCFC 4(a) and 10(a).

For documents **FILED UNDER SEAL** in the ECF System:

- the clerk must effectuate service of court-issued filings outside the ECF System by other appropriate means as provided in RCFC 5(b)(2);
- to satisfy the service requirement of RCFC 5, the parties must effectuate service outside the ECF System by other appropriate means as provided by RCFC 5(b)(2); and
- to satisfy the proof of service requirement of RCFC 5.3, the parties must attach to each filing a certificate of service pursuant to RCFC 5(d)(1)(B).

Counsel for each party is considered to have consented to service by e-mail at the e-mail address listed on the docket.

Counsel are on notice that **no allowance can be made for the late filing of a document for which the time limit is jurisdictional.**

Lisa L. Reyes
Clerk of Court