# In the United States Court of Federal Claims

No. 26-1184
(Filed: August 27, 2026)

* * * * * * * * * * * * * * * * * * *

**CLOUDBURST CONSULTING GROUP, INC.,** ***et al.***

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * *

## ORDER

To promote the efficient administration of justice and pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, the Clerk of Court is directed to **TRANSFER** the above-captioned case to the Honorable Matthew H. Solomson. Chief Judge Solomson concurs that transfer is warranted and has agreed to receive this case.

**IT IS SO ORDERED**.

s/ Zachary N. Somers
Zachary N. Somers
Judge